IN THE SUPREME COURT OF THE STATE OF NEVADA

OLYMPIA COMPANIES, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND GARRY V GOETT, A
NEVADA RESIDENT,

          Appellants,

vs.

MICHAEL KOSOR, JR., A NEVADA
RESIDENT,

          Respondent.

No. 83403

FILED

FEB 2 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Eric Johnson, District Judge
      Dana Jonathon Nitz, Settlement Judge
      Kemp Jones, LLP
      Barron & Pruitt, LLP
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-05948